UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY MAURICE WASHINGTON,<br><br>Defendant. | Cr. No. 3:24-cr-29<br><br>**MOTION FOR *FARETTA* HEARING** |

Based on the Bureau of Prison's finding of competency (Doc. 95) and Defendant Anthony Maurice Washington's continued request to proceed in this matter pro se, counsel requests a *Faretta* hearing be held upon Mr. Anthony Maurice Washington's return to the District and the Court's finding regarding competency. *United States v. Kelley*, 787 F.3d 915, 917-18 (8th Cir. 2015) (citing *Faretta v. California*, 422 U.S. 806 (1975).

Dated this 18th day of July, 2024.

                                          Respectfully submitted,

                                          JASON J. TUPMAN
                                          Federal Public Defender
                                          By:

                                          */s/   Rhiannon Gorham*
                                          Rhiannon Gorham
                                          Assistant Federal Public Defender
                                          Attorney for Defendant
                                          Office of the Federal Public Defender
                                          Districts of South Dakota and North Dakota
                                          112 Roberts Street North, Suite 200
                                          Fargo, ND 58102
                                          Telephone: 701-239-5111; Facsimile:  701-239-5098
                                          filinguser_SDND@fd.org