# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING APPEAL FROM** |
| | ) | **MAGISTRATE JUDGE'S ORDER** |
| vs. | ) | |
| | ) | |
| Anthony Maurice Washington, | ) | Case No. 3:24-cr-29 |
| | ) | |
| Defendant. | ) | |

Defendant Anthony Maurice Washington appeals a detention order. Doc. 63. The United States opposes the appeal. Doc. 77. A district court reviews a magistrate judge's order of detention de novo. See 18 U.S.C. § 3145(b); United States v. Maull, 773 F.2d 1479, 1481 (8th Cir. 1985) (en banc). Having independently reviewed the nature and circumstances of the offenses at issue, the weight of the evidence against Washington, his history and characteristics, and the nature and seriousness of the danger to the community by his release, the Court agrees detention is appropriate. After careful review, Washington's appeal (Doc. 63) is **DENIED**.

**IT IS SO ORDERED**.

Dated this 1st day of September, 2024.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court