IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY MAURICE WASHINGTON,<br><br>    Defendant. | Case No. 3:24-cr-00029<br><br>**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR DISCOVERY** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Dawn M. Deitz, Assistant United States Attorney, files this response to Defendant's motion for discovery. Discovery materials that fall within the required parameters of Rule 16 of the Federal Rules of Criminal Procedure were mailed to Defendant at the Richland County Jail on September 24, 2024. Defendant's standby counsel was also provided a courtesy copy of these materials. While disclosure of these materials was slightly delayed, the United States was diligently reviewing the materials to determine what fell within the scope of Rule 16.

Based upon the foregoing, Defendant's motion is moot.

Dated: September 24, 2024

                                              MAC SCHNEIDER
                                              United States Attorney

By:   /s/ *Dawn M. Deitz*
        DAWN M. DEITZ
        Assistant United States Attorney
        ND Bar ID 06534
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        dawn.deitz@usdoj.gov
        Attorney for United States

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2024, the above-named document was filed electronically with the Clerk of Court through ECF.

I further certify that a copy of the foregoing documents will be mailed by first class mail, postage paid, to the following non-ECF participant(s):

Mr. Anthony Washington
c/o Richland County Jail
413 3rd Ave N
Wahpeton, ND 58075

Dated:  September 24, 2024

                                            /s/ Vicki Thompson
                                            Vicki Thompson
                                            Office of the United States Attorney