PS 38
(02/2001)

## RELEASE STATUS REPORT TO THE COURT

Defendant:     Robbie Raynard Robinson          Docket No.:        0868 3:24CR00029

To Appear On:                         For:   ☐ Plea     ☐ Trial     ☐ Sentencing

Before Judge:     Judge Alice R. Senechal

Initial Appearance Date:   02/23/2024        Release Date:          04/29/2024

Magistrate Judge:         Alice R. Senechal

Conditions of Release:

| | | | |
|---|---|---|---|
| ☒ | Pretrial Supervision | ☐ | Surrender Passport |
| ☒ | Seek/Maintain Employment | ☒ | Do Not Obtain Passport |
| ☒ | Submit to Counseling as Deemed Appropriate by Pretrial Services | ☒ | Refrain from Use of Alcohol or Any Controlled Substance without a Prescription |
| ☐ | Drug/Alcohol Monitoring | ☐ | Location Monitoring |
| ☐ | Third Party Custody to: | | |
| ☒ | Travel Restrictions:     -North Dakota | | |
| ☒ | No Contact With:     -Codefendants | | |
| ☒ | Other:     -Weapons Restrictions | | |
| | -Residential Restrictions | | |
| | -Report Law Enforcement Contact | | |

Defendant Has Met Conditions of Release:          ☒   Yes          ☐   No

Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:
The defendant began his term of pretrial supervision on April 29, 2024, when he was released to Prairie Recovery Center. The defendant completed his inpatient treatment and transitioned to Seeds of Eden sober living home in Washburn, North Dakota on July 1, 2024. The defendant had a state probation revocation on July 18, 2024, and was sentenced to 1 year and 1 day state prison time.

Recommendations:
The defendant was taken into state custody on July 18, 2024. It is recommended he be detained.

10/08/2024
Date

Skylar Soupir
U.S. Pretrial Services Officer